# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** 25-7926

**Case Name** Relator, LLC et al. v. Shady Canyon Golf Club, Inc.

Requesting Party Name(s) Shady Canyon Golf Club, Inc.

I am:
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other *(you **must** describe the document)*

The requested new due date is: 07/10/2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Please see attachment.

**Signature** s/Evan C. Borges **Date** 06/22/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- ○ I have **NOT** filed a previous request to extend time to file the document.
- ◉ I have previously requested an extension of time to file the document.

This motion is my fourth request.
*(Examples: first, second)*

Bail/detention status (*select one*):

- ○ The defendant is incarcerated. The projected release date is: ________ .
- ○ The petitioner is detained.
- ○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** s/Evan C. Borges **Date** 06/22/2026
*(use "*s/[typed name]*" to sign electronically-filed documents)*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [answering] brief.
*(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: 06/26/2026

3. The brief's first due date was: 03/30/2026

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

Please see attachment.

5. The position of the other party/parties regarding this request is:

☒ Unopposed.

☐ Opposed by *(name of party/parties opposing this motion):*

☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/Evan C. Borges **Date** 06/22/2026
*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**(Case No. 25-7926)**

## Attachment to Form 14. Motion for Extension of Time

Good cause exists for a 14-day extension. I am the sole attorney responsible for the research and drafting of Appellee's answering brief in this appeal. As I have previously advised this Court, I was assisted by an associate attorney for certain portions of research and drafting of our motions to dismiss before the District Court; but this associate is no longer with our firm and has not been and will not be replaced. Unfortunately, since my last request for an extension of time to file the answering brief almost 4 weeks ago, other cases in which I am also the only lawyer working on them have required extraordinary work by me that has been all-consuming of my time. These other cases include: (1) work required by me, including court filings, under the terms of a settlement in C.D. Cal. Case No. 2:25-cv-01038-AH (trial set for 5/26/2026, case settled on 5/21/2026); and (2) extensive work associated with a planned motion for new trial and appeal in Orange County Superior Court Case No. 30-2018-01037321-PR-TR-CJC. In each of these cases, similar to this appeal, I am the only attorney working on the case.

As previously noted, appellant Relator, LLC ("Appellant") has brought several dozen similar actions under the False Claims Act, including against similarly situated defendants, and many of these cases are the subject of district court opinions. In addition to the normal research required for this appeal, I have found that taking the extended time necessary to analyze the status of these other similar cases and the district courts' opinions is helpful and instructive to decisions in this case. This work has added to what is already a complex appeal involving issues under the federal False Claims Act.

I hereby confirm that on Monday, June 22, 2026 at approximately 4:20 p.m. PDT, I spoke by telephone with counsel for Appellant, Charles Dender, and he advised me that Appellant does not oppose the requested relief.

## CERTIFICATE OF SERVICE

I, Cheryl Winsten, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 22, 2026.

## FORM 14. MOTION FOR EXTENSION OF TIME

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed on June 22, 2026, at Costa Mesa, California.

s/ Cheryl Winsten
Cheryl Winsten